170 So.2d 5

Vernon E. **LEWIS**

v.

**CITY OF PINEVILLE et al.**

No. 47232.

Dec. 14, 1964.

Dissenting Opinion Dec. 22, 1964.

170 So.2d 107

**STATE of Louisiana**

v.

**Roosevelt WATSON.**

No. 47299.

Dec. 14, 1964.

Richard L. Crowell, Alexandria, for plaintiffs-applicants.

Polk & Foote, Lamar Polk, Alexandria, for defendant-respondent.

SANDERS, Justice.

This case [1] is a companion of Ammen et al. v. City of Pineville et al., 247 La. 89, 170 So.2d 1, in which this Court has assigned its reasons for judgment. The issue here is identical. For the reasons there assigned, the judgment of the Court of Appeal is affirmed at plaintiff's cost.

SUMMERS, Justice (dissenting).

See my dissent in the companion case of Ammen et al. v. City of Pineville et al., No. 47,230 on the docket of this court, 247 La. 89, 170 So.2d 1.

1. See La.App., 161 So.2d 286. Writs granted 246 La. 89, 163 So.2d 361.